UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAR 20 2000

MICHAEL N. MILBY CLERK

| | |
|---|---|
| EDDIE R. WOLFFORD § | |
| § | |
| V. § | CIVIL ACTION NO. C-00-108 |
| § | |
| PROFESSIONAL EMPLOYEE STAFF § | |
| SERVICES, A PARTNERSHIP, GALLA § | |
| A. McGUILL, ALMA C. MORENO AND § | |
| PAN AMERICAN LIFE INSURANCE CO. § | |

**PAN AMERICAN LIFE INSURANCE COMPANY'S**
**UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED PLEADING**

TO THE HONORABLE COURT:

Pan American Life Insurance Company, one of the Defendants, requests leave of court to file an amended pleading, specifically its first amended original answer, and as grounds for such respectfully shows as follows:

1. Plaintiff, Eddie R. Wolfford, originally sued Co-Defendants, Professional Employee Staff Services, Galla A. McGuill, and Alma C. Moreno, in state district court. Plaintiff subsequently amended to additionally sue this Defendant, Pan American Life Insurance Company. Plaintiff's amended petition was filed on 2 February 2000. This Defendant was served on 18 February 2000.

2. On 28 February 2000, this Defendant in accordance with state court rules of civil procedure filed a general denial answer to Plaintiff's first amended petition. On 13 March 2000, this Defendant with consent of the co-defendants then removed the action to this federal district court.

3.  This Defendant seeks leave of court pursuant to FED. R. CIV. P. 15(a) to amend its answer to conform with the requirements of FED. RS. CIV. P. 8 and 12.

4.  This Defendant asserts that the plaintiff will not be prejudiced by and the case will not be unduly delayed by the granting of leave to file a more specific responsive pleading at this stage of the litigation process. This Defendant suggests that the court should grant leave to file the amended pleading in the absence of a showing of any prejudice, bad faith, or undue delay, since leave should be freely granted. This Defendant asserts that the amended pleading is appropriate and necessary to define the issues and raise appropriate defenses and objections as required in federal pleading procedure. This Defendant's counsel has consulted with opposing counsel for Plaintiff, and this counsel understands that opposing counsel does not oppose the motion.

5.  This Defendant contemporaneously with the filing of this motion is filing its proposed amended pleading.

WHEREFORE, PREMISES CONSIDERED, for these reasons, this Defendant, Pan American Life Insurance Company, asks the court to grant leave to file the amended pleading.

2

Respectfully submitted,

**DUNN & WEATHERED, P.C.**
611 S. Upper Broadway
Corpus Christi, Texas 78401
(512) 883-1594 [FAX 883-1599]

BY: _/s/ L. Nelson Hall_
L. Nelson Hall, Attorney-in-Charge
State Bar No. 08785800
Frank Weathered, Of Counsel
State Bar No. 20998600
**COUNSEL FOR PAN AMERICAN LIFE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing has been served on all known counsel of record in the manner indicated on this date of 17 March 2000.

_/s/ L. Nelson Hall_
L. Nelson Hall

**VIA FIRST CLASS MAIL**
Mr. Cornel W. Walker
LAW OFFICES OF THOMAS J. HENRY
5425 South Padre Island Drive, Suite 180
Corpus Christi, Texas 78411

**VIA FIRST CLASS MAIL**
Mr. W. J. Sames
ATTORNEY AT LAW
P.O. Box 3249
Corpus Christi, Texas 78463

3

**<u>VIA FIRST CLASS MAIL</u>**
Mr. W. J. Nutto
ATTORNEY AT LAW
P.O. Box 1291
Corpus Christi, Texas 78403

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| EDDIE R. WOLFFORD § § | |
| V. § § § | CIVIL ACTION NO. C-00-108 |
| PROFESSIONAL EMPLOYEE STAFF § SERVICES, A PARTNERSHIP, GALLA § A. McGUILL, ALMA C. MORENO AND § PAN AMERICAN LIFE INSURANCE CO. § | |

## ORDER ON UNOPPOSED MOTION FOR LEAVE TO AMEND PLEADING

The Court, after considering Pan American Life Insurance Company's Unopposed Motion for Leave to Amend its responsive pleading as well as the pleadings of record, grants the motion.

SIGNED this _____ day of _____, 2000.

_____
UNITED STATES DISTRICT JUDGE