UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 27 2000

Michael N. Milby, Clerk of Court

| | |
|---|---|
| EDDIE R. WOLFFORD § | |
| § | |
| V. § | |
| § | CIVIL ACTION NO. C-00-108 |
| PROFESSIONAL EMPLOYEE STAFF § | |
| SERVICES, A PARTNERSHIP, GALLA § | |
| A. McGUILL, ALMA C. MORENO AND § | |
| PAN AMERICAN LIFE INSURANCE CO. § | |

## ORDER ON UNOPPOSED MOTION FOR LEAVE TO AMEND PLEADING

The Court, after considering Pan American Life Insurance Company's Unopposed Motion for Leave to Amend its responsive pleading as well as the pleadings of record, grants the motion.

SIGNED this 24 day of March, 2000.

_____
UNITED STATES DISTRICT JUDGE