IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAR 28 2000

Michael N. Milby, Clerk

| | |
|---|---|
| EDDIE R. WOLFFORD | § |
| | § |
| VS. | § Civil Action No. C-00-108 |
| | § |
| PROFESSIONAL EMPLOYEE STAFF | § |
| SERVICE, ET AL | § |

## DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **EDDIE WOLFFORD,** hereinafter referred to as Plaintiff, and files this his Disclosure of Interested Parties pursuant to the Courts order.

The Interested Parties are as follows:

A. Eddie R. Wolfford - Plaintiff

B. The Law Offices of Thomas J. Henry, Attorney at Law – Attorney for Plaintiff

C. Professional Employee Staff Services, et al – Defendants

D. The Law Offices of W.J Sames, Attorney at Law – Attorney for Professional Employee Staff Service

E. The Law Offices of W.J. Nutto, Attorney at Law – Attorney for Professional Employee Staff Service, Galla A. McGuill and Alma C. Moreno

D. Pan American Life Insurance Company – Defendant

E. The Law Offices L. Nelson Hall, Attorney at Law – Attorney for Pan American Life Insurance Company.

I.

Plaintiff is unaware of any other persons, firms, parties, partnerships, corporations, affiliate and/or any other individual or entity who has an interest in the above entitled and numbered cause.

1

Respectfully submitted,

**The Law Offices of Thomas J. Henry**
5425 South Padre Island Drive, Ste. 180
Corpus Christi, Texas 78411
Phone: (361) 985-0600
Facsimile: (361) 985-0601

*[signature]*

MICHAEL HEARN
SBN # 09342420
FBN # 8650

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all counsel of record by certified mail, return receipt requested, unless otherwise specified on this the __28Th__ day of March 2000.

*Via Hand Delivery*
W.J. Sames
Attorney at Law
P. O. Box 3249
Corpus Christi, Texas 78463

W.J. Nutto
Attorney at Law
3150 So. Alameda
Corpus Christi, Texas 78404

L. Nelson Hall
611 S. Upper Broadway
Corpus Christi, Texas 78401

*[signature]*

MICHAEL HEARN

2