UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAR 30 2000

MICHAEL N. MILBY CLERK

| | |
|---|---|
| EDDIE R. WOLFFORD § | |
| § | |
| V. § | |
| § | CIVIL ACTION NO. C-00-108 |
| § | |
| PROFESSIONAL EMPLOYEE STAFF § | |
| SERVICES, A PARTNERSHIP, GALLA § | |
| A. McGUILL, ALMA C. MORENO AND § | |
| PAN AMERICAN LIFE INSURANCE CO. § | |

## PAN AMERICAN LIFE INSURANCE COMPANY'S DISCLOSURE OF FINANCIALLY INTERESTED PERSONS

TO THE HONORABLE COURT:

Defendant, Pan American Life Insurance Company, in accordance with the court's order for conference and disclosure of interested parties, files its list of all persons or entities that are finically interested in the outcome of this litigation.

1. Eddie R. Wolfford, an individual

2. Law Offices of Thomas J. Henry, attorneys for Eddie R. Wolfford

3. Galla A. McGuill, an individual

4. Alma C. Moreno, an individual

5. Professional Employee Staff Services, a Partnership of Galla A. McGuill and Alma C. Moreno

6. Pan American Life Insurance Company, a mutual company.

Respectfully submitted,

**DUNN & WEATHERED, P.C.**
611 S. Upper Broadway
Corpus Christi, Texas 78401
(512) 883-1594 [FAX 883-1599]

BY: _____
L. Nelson Hall, Attorney-in-Charge
State Bar No. 08785800
Frank Weathered, Of Counsel
State Bar No. 20998600
**COUNSEL FOR PAN AMERICAN LIFE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing has been served on all known counsel of record in the manner indicated on this date of 29 March 2000.

_____
L. Nelson Hall

**VIA FIRST CLASS MAIL**
Mr. Cornel W. Walker
LAW OFFICES OF THOMAS J. HENRY
5425 South Padre Island Drive, Suite 180
Corpus Christi, Texas 78411

**VIA FIRST CLASS MAIL**
Mr. W. J. Sames
ATTORNEY AT LAW
P.O. Box 3249
Corpus Christi, Texas 78463

2

**<u>VIA FIRST CLASS MAIL</u>**
Mr. W. J. Nutto
ATTORNEY AT LAW
P.O. Box 1291
Corpus Christi, Texas 78403