UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

APR - 5 2000

MICHAEL N. MILBY CLERK

| | | |
|---|---|---|
| EDDIE R. WOLFFORD | § § | |
| vs. | § § | CIVIL ACTION NO. C-00-108 |
| PROFESSIONAL EMPLOYEE STAFFING SERVICES, A PARTNERSHIP, GALLA A. MCGUILL AND ALMA C. MORENO | § § § § | |

**UNOPPOSED MOTION
TO
WITHDRAW AS ATTORNEY**

TO THE HONORABLE JUDGE OF SAID COURT:

Now Comes, W. J. Sames, an attorney of record herein, to move the Court for withdrawal and shows:

I. (BASIS OF REPRESENTATION)

Movant, W. J. Sames, is attorney of record for Gala McGuill and Professional Staff Services (Partnership) by virtue of filing an Original Answer in the State Court proceedings (now removed to this Court) for such Defendant on September 2, 1999.

II. (OTHER ATTORNEY)

Such Defendants are also represented by William J. Nutto who also filed an Answer on their behalf September 2, 1999.

III. (REASONS FOR WITHDRAWAL)

It is unnecessary for such Defendants to have two attorneys of Record. Further William J. Nutto was the attorney who obtained a discharge in bankruptcy for such defendants and also for Alma C. Moreno(another Defendant, whom he represents herein also) and is

1

the more logical attorney to represent such Defendants herein. Accordingly, representation by W. J. Sames serves no useful purpose and simply incurs unnecessary additional expense herein.

### IV. (UNOPPOSED MOTION)

Movant has communicated the matters herein to all attorneys of Record, and represents to the Court there is not any opposition.

WHEREOF ATTORNEY W. J. SAMES PRAYS:

The Court approve this Motion and order W. J. Sames withdrawn as an Attorney herein.

Respectfully submitted,

W. J. Sames
P.O. Box 3249
Corpus Christi, TX  78463
(361) 884-4357
(361) 884-2882
State Bar I.D. #17555000

### VERIFICATION

STATE OF TEXAS           §
COUNTY OF NUECES         §

BEFORE ME, the undersigned authority, on this day personally appeared W. J. Sames who being by me duly sworn, upon his oath acknowledged and said that he has read the foregoing Motion to Withdraw and that the statements contained therein are based on his personal knowledge and are true and correct.

W. J. SAMES

SUBSCRIBED AND SWORN TO BEFORE ME this _21st_ day of March 2000 to certify which witness my hand and official seal.

Notary Public, State of Texas

PATRICIA G. MOLINA
MY COMMISSION EXPIRES
May 5, 2003

2

## CERTIFICATE OF SERVICE

I, certify that a true and correct copy of the Unopposed Motion to Withdraw As Attorney was served by Certified Mail to the party listed below on this 21st day of March 2000.

**VIA CMRRR NO. Z 262 572 026**
Mr. Cornel Walker
Law Office of Thomas J. Henry
5425 South Padre Island Drive, Ste. 180
Corpus Christi, Texas 78411

**VIA CMRRR NO. Z 262 572 027**
Mr. William J. Nutto
Attorney At Law
P.O. Box 1291
Corpus Christi, Tx 78403

**VIA CMRRR NO. Z 262 572 028**
L. Nelson Hall
Dunn & Weathered, P.C.
611 S. Upper Broadway
Corpus Christi, Tx 78401

_____
W. J. Sames, Attorney

```
              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF TEXAS
                 CORPUS CHRISTI DIVISION
```

EDDIE R. WOLFFORD                     §
                                      §
vs.                                   §   CIVIL ACTION NO. C-00-108
                                      §
PROFESSIONAL EMPLOYEE STAFFING        §
SERVICES, A PARTNERSHIP, GALLA A.     §
MCGUILL AND ALMA C. MORENO            §

## ORDER FOR WITHDRAWAL

    Came to be considered the UNOPPOSED MOTION TO WITHDRAWAL AS ATTORNEY OF RECORD filed herein by W. J. SAMES, (Attorney for Galla McGuill and Professional Employee Staff Services, a Partnership).

    The Court is of the opinion the same should be approved.

THEREFORE IT IS HEREBY ORDERED AS FOLLOWS:

1. The Motion to Withdraw is hereby approved.
2. W. J. Sames is hereby withdrawn as Attorney for Galla McGuill and Professional Employee Staff Services, a Partnership and relieved of any further duties herein.

Signed this the _____ day of _____, 2000.


_____
JUDGE PRESIDING