UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| EDDIE R. WOLFFORD | § | |
| | § | |
| V. | § | |
| | § | CIVIL ACTION NO. C-00-108 |
| PROFESSIONAL EMPLOYEE STAFF | § | |
| SERVICES, A PARTNERSHIP, GALLA | § | |
| A. McGUILL, ALMA C. MORENO AND | § | |
| PAN AMERICAN LIFE INSURANCE CO. | § | |

**DEFENDANT, PAN AMERICAN LIFE INSURANCE COMPANY'S**
**REPORT OF RULE 26(F) MEETING**

In accordance with the provisions of FED. R. CIV. P. 26(f) and the Court's order for Conference, the undersigned counsel for Defendant, Pan American Life Insurance Company, arranged for a meeting of all parties' counsel on 26 April 2000, more than 14 days before the initial pretrial and scheduling conference set on 16 May 2000. At the time and place for the meeting, the undersigned counsel was informed by Plaintiff's counsel of record that Plaintiff recently had terminated the attorney-client relationship and that Plaintiff's counsel of record therefore was without authority to represent Plaintiff's interests at the meeting. The undersigned counsel further was informed that Plaintiff's counsel of record intends to move to withdraw of representation and that Plaintiff's attorney of record did not know if Plaintiff intended to seek substitute counsel or to proceed pro se. The undersigned counsel for Defendant, Pan American Life Insurance Company, thus is unable to comply with the provisions of Rule 26(f) and the Court's Order for Conference timely in advance of the initial pretrial and scheduling conference set 16 May 2000.

Respectfully submitted,

**DUNN & WEATHERED, P.C.**
611 S. Upper Broadway
Corpus Christi, Texas 78401
(512) 883-1594 [FAX 883-1599]

BY: _____
L. Nelson Hall, Attorney-in-Charge
State Bar No. 08785800
Frank Weathered, Of Counsel
State Bar No. 20998600
**COUNSEL FOR PAN AMERICAN LIFE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing has been served on all known counsel of record in the manner indicated on this date of 27 April 2000.

_____
L. Nelson Hall

**VIA FIRST CLASS MAIL**
Mr. Thomas J. Henry
LAW OFFICES OF THOMAS J. HENRY
5425 South Padre Island Drive, Suite 180
Corpus Christi, Texas 78411

**VIA FIRST CLASS MAIL**
Mr. W. J. Nutto
ATTORNEY AT LAW
P.O. Box 1291
Corpus Christi, Texas 78403