# UNITED STATES OF AMERICA
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

EDDIE R. WOLFFORD

V.    CASE NUMBER:  CA-C-00-108

PROFESSIONAL EMPLOYEE STAFFING
SERVICES, ET AL

## NOTICE TO APPEAR

United States District Court
Southern District of Texas
FILED

MAY 2 - 2000

Michael N. Milby
Clerk of Court

TO:    Cornel Walker          William J. Nutto
                              William James Sames III
                              Lawrence Nelson Hall


**YOU ARE ORDERED TO APPEAR** <u>Tuesday, May 16, 2000 at 1:15 p.m.</u>, before:

U. S. District Judge H. W. Head, Jr.
United States Courthouse
2nd Floor Courtroom
521 Starr Street
Corpus Christi, Texas  78401

TO ATTEND THE FOLLOWING PROCEEDING:

___ Final Pretrial Conference          _X_ Motion Hearing:
                                            Motion to Withdraw...

___ Jury Selection and Trial           ___ Show Cause Hearing


*BY ORDER OF THE COURT*
Michael N. Milby, Clerk of Court
By Deputy: __Judith F. Alvarez__          Date: _May 2, 2000_