United States District Court
Southern District of Texas
FILED

MAY 02 2000

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| **EDDIE WOLFFORD** ) | |
| ) | |
| V. ) | CAUSE NO. C-00-108 |
| ) | |
| **PROFESSIONAL EMPLOYEE STAFF** ) | |
| **SERVICES, A PARTNERSHIP, GALLA** ) | |
| **A. MCGILL, ALMA C. MORENO AND** ) | |
| **PAN AMERICAN LIFE INSURANCE** ) | |
| **COMPANY** ) | |

## MOTION FOR WITHDRAWAL OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Movants, Keith M. Gould and the Law Offices of Thomas J. Henry, Attorney for Plaintiff, Eddie Wolfford (hereinafter Plaintiff), and brings this Motion for Withdrawal of Counsel, and in support thereof, would show the Court the following:

I.

Good cause exists for withdrawal of Movant as counsel in that a conflict has arisen between client and attorney regarding litigation in the Plaintiff's case. The client has terminated the legal services of The Law Offices of Thomas J. Henry.

II.

This withdrawal is not sought for delay only.

III.

A copy of this motion has been delivered to Plaintiff. Plaintiff is hereby notified in writing of the right to object to this motion. The last known addresses of Plaintiff is:

612 W. Linden
Arkansas City, Kansas 67005

IV.

## IV.

The settings and deadlines in this case are as follows:

There are no deadlines currently pending

### NOTICE TO CLIENTS

You are hereby notified that this Motion for Withdrawal as Counsel is set for hearing at the time and place set out below. You do not have to agree to this motion. If you wish to contest the withdrawal of Keith M. Gould as your attorney, you should appear at the hearing. If you do not Keith M. Gould's withdrawal as your attorney, you may notify the Court in writing of your consent to this motion.

**WHEREFORE, PREMISES CONSIDERED**, Movants pray that the Court enter an order discharging Movants as attorneys of record for Plaintiff, Eddie Wolfford.

Respectfully submitted,

**THE LAW OFFICES OF THOMAS J. HENRY**
5425 S.P.I.D., Ste. 180
Corpus Christi, Texas 78411
Phone: (361) 985-0601
Fax: (361) 985-0601

BY: _____
Thomas J. Henry
State Bar No. 09484210
Keith M. Gould
State Bar No. 00795885

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served in accordance with the Texas Rules of Civil Procedure on the 2nd day of May, 2000, on the following:

**CMRRR: Z 262 349 462**
Mr. William J. Nutto
Attorney at Law
P.O. Box 1291
Corpus Christi, Texas 78401

**CMRRR: Z 262 349 463**
Mr. L. Nelson Hall
Dunn & Weathered, P.C.
611 S. Upper Broadway
Corpus Christi, Texas 78401

**CMRRR: Z 262 349 464**
Mr. Eddie Wolfford
612 W. Lyndon
Arkansas City, Kansas 67005

Keith M. Gould

## NOTICE OF HEARING

The aforementioned Motion to Withdraw has been set before the United States District Court for the Southern District of Texas, Corpus Christi Division for the ____ day of _____, 2000, at _____ o'clock ___.M.

_____
Keith M. Gould

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **EDDIE WOLFFORD** | ) | |
| | ) | |
| **V.** | ) | **CAUSE NO. C-00-108** |
| | ) | |
| **PROFESSIONAL EMPLOYEE STAFF** | ) | |
| **SERVICES, A PARTNERSHIP, GALLA** | ) | |
| **A. MCGILL, ALMA C. MORENO AND** | ) | |
| **PAN AMERICAN LIFE INSURANCE** | ) | |
| **COMPANY** | ) | |
| **PATRICIA HOUDA** | ) | |

### ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL

On _____, the Court considered the Motion for Withdrawal of Counsel of Keith M. Gould and The Law Offices of Thomas J. Henry, Movants.

The Court finds that good cause exists for withdrawal of Movants as counsel and withdrawal of Movants is not sought for delay only.

**IT IS THEREFORE ORDERED** that Movants is permitted to withdraw as counsel of record for Plaintiff, Eddie Wolfford.

**SIGNED** on _____, 2000.

_____
**JUDGE PRESIDING**