SOUTHERN DISTRICT OF TEXAS        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

MAY 1 1 2000

MICHAEL N. MILBY CLERK

| | |
|---|---|
| Eddie Wolfford § | |
| § | |
| versus § | CIVIL ACTION NO. CA-C-00-108 |
| § | |
| Professional Employee Staff Services, et. al. § | |

## CLERK'S NOTICE OF DEFICIENT PLEADING

The Clerk has filed the plaintiff's <u>Motion for Withdrawal of Counsel</u>; however, it is deficient as checked. (L.R. refers to the Local Rules of this District.)

1. ___   Document is not signed. (L.R.2.A.)

2. ✓   Document is not signed by, or by permission of, attorney in charge (L.R.2C.)

3. ___   Document does not furnish required attorney information. (L.R. 2.C.1. (a) through (f).

4. ___   No certificate of service or explanation why service is not required. (L.R.3.G.)

5. ___   Motion does not comply with L.R.6.

    a.  ___   No certificate of consultation (L.R. 6.A.4.)

    b.  ___   No certificate of service of motion. (L.R.6.C.)

6. ___   Other: _____

The presiding judicial officer in this matter has requested that deficient pleadings be forwarded to chambers for a strike order if the deficiency is not corrected within FIVE days. You need only re-file the correction specified, but your correction must include the caption and cause number (see L.R. 3.E.) as well as a certificate of service to all opposing counsel.

Date: 05-11-00                     _____
                                   **UNITED STATES DEPUTY CLERK**

ntcdfplg.stk
02/07/2000

12.