IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
MAY 17 2000
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| EDDIE R. WOLFORD, | § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. C-00-108 |
| PROFESSIONAL EMPLOYEE STAFF SERVICES, ET AL., | § § § § | |
| Defendants. | § | |

## ORDER TO RETAIN COUNSEL OR MAKE APPEARANCE

Plaintiff Eddie R. Wolfford and Defendant Galla A. McGuill are ordered to retain counsel or enter an appearance *Pro Se* by June 16, 2000.

ORDERED this 16 day of May, 2000.

_____
H.W. HEAD, JR.
UNITED STATES DISTRICT JUDGE