CV/~~CR~~ ACTION NO.: C-00-108

EDDIE R. WOLFFORD ) COUNSEL: ~~CORNEL WALKER~~
) ROGER TURK

VS.

PROFESSIONAL EMPLOYEE STAFF ) COUNSEL: WILLIAM J. NUTTO,
SERVICES, ET AL ) WILLIAM J. SAMES, NELSON HALL

=================================================================

United States District Court
Southern District of Texas
FILED

JUDGE PRESIDING: HAYDEN W. HEAD, JR.       MAY 16 2000

MICHAEL N. MILBY, CLERK

COURTROOM CLERK: Judith F. Alvarez   COURT RECORDER: Genay Rogan
LAW CLERK: M. Fassold                INTERPRETER: _____
~~U.S. MARSHAL~~/CSO: R. Aguilar     U.S.P.O.: _____
DATE: May 16, 2000    OPEN: 1:16 pm    ADJOURN: 1:26 pm
TAPE: 2/2493-2964

=================================================================

Case called for SCHEDULING CONFERENCE AND HEARING ON MOTIONS TO WITHDRAW.

Appearances made. Discussion that Pltff Atty wants to withdraw from the case. He has a green card to show that Wolfford has received notice of the motion. Mr. Turk says that Mr. Wolfford has terminated Pltff atty from the case. Mr. Turk also has a letter from Wolfford re: the issue. Mr. Turk says that he sent to Wolfford notice of the hearing. Mr. Nutto represents Moreno. Mr. Sames represents McGuill. Mr. Sames explains that he has moved to withdraw as McGuill's atty. Mr. Sames says he has personally spoken to McGuill about this. The Court signs Sames motion to withdraw & grants the order. Mr. Nutto says he wants to withdraw also. Nelson Hall represents Pan American Life. The Court resets case for 60 days. Adjourned.

14.