```
                                          United States District Court
                                           Southern District of Texas
                                                  ENTERED
        UNITED STATES DISTRICT COURT              MAY 1 8 2000
         SOUTHERN DISTRICT OF TEXAS
          CORPUS CHRISTI DIVISION           Michael N. Milby, Clerk of Court
```

EDDIE R. WOLFFORD                §
                                 §
vs.                              §     CIVIL ACTION NO. C-00-108
                                 §
PROFESSIONAL EMPLOYEE STAFFING   §
SERVICES, A PARTNERSHIP, GALLA A.§
MCGUILL AND ALMA C. MORENO       §

## ORDER FOR WITHDRAWAL

Came to be considered the UNOPPOSED MOTION TO WITHDRAWAL AS ATTORNEY OF RECORD filed herein by W. J. SAMES, (Attorney for Galla McGuill and Professional Employee Staff Services, a Partnership).

The Court is of the opinion the same should be approved.

THEREFORE IT IS HEREBY ORDERED AS FOLLOWS:

1. The Motion to Withdraw is hereby approved.
2. W. J. Sames is hereby withdrawn as Attorney for Galla McGuill and Professional Employee Staff Services, a Partnership and relieved of any further duties herein.

Signed this the ___16___ day of ___May___, 2000.

_____
JUDGE PRESIDING