UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 1 8 2000

Michael N. Milby, Clerk of Court

| | |
|---|---|
| EDDIE WOLFFORD ) | |
| ) | |
| V. ) | CAUSE NO. C-00-108 |
| ) | |
| PROFESSIONAL EMPLOYEE STAFF ) | |
| SERVICES, A PARTNERSHIP, GALLA ) | |
| A. MCGILL, ALMA C. MORENO AND ) | |
| PAN AMERICAN LIFE INSURANCE ) | |
| COMPANY ) | |
| PATRICIA HOUDA ) | |

### ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL

On  5/16/00 , the Court considered the Motion for Withdrawal of Counsel of Keith M. Gould and The Law Offices of Thomas J. Henry, Movants.

The Court finds that good cause exists for withdrawal of Movants as counsel and withdrawal of Movants is not sought for delay only.

**IT IS THEREFORE ORDERED** that Movants is permitted to withdraw as counsel of record for Plaintiff, Eddie Wolfford.

SIGNED on  5/16/00 , 2000.

_____
JUDGE PRESIDING