IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION



| | |
|---|---|
| EDDIE R. WOLFORD, § | |
| § | |
| Plaintiff, § | |
| § | 17. |
| v. § | CIVIL ACTION NO. C-00-108 |
| § | |
| PROFESSIONAL EMPLOYEE STAFF § | |
| SERVICES, ET AL., § | |
| § | |
| Defendants. § | |

### ORDER TO RETAIN COUNSEL OR MAKE APPEARANCE

Plaintiff Eddie R. Wolfford and Defendant Galla A. McGuill are ordered to retain counsel or enter *pro se* appearance by June 16, 2000.

ORDERED this __19__ day of __May__, 2000.

_____
H.W. HEAD, JR.
UNITED STATES DISTRICT JUDGE