

# UNITED STATES OF AMERICA
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

RESETTING

EDDIE R. WOLFORD

V.       CASE NUMBER: CA-C-00-108

PROFESSIONAL EMPLOYEE STAFF
SERVICES, ET AL

## NOTICE TO APPEAR

TO:   Eddie R. Wolfford (reg. mail and cmrr)
        William J. Nutto
        Lawrence N. Hall

United States District Court
Southern District of Texas
FILED

JUN - 5 2000

MICHAEL N. MILBY, CLERK

YOU ARE ORDERED TO APPEAR **Thursday, July 20, 2000 at 1: 15 p.m.**, before:

U. S. District Judge H. W. Head, Jr.
United States Courthouse
2nd Floor Courtroom
521 Starr Street
Corpus Christi, Texas  78401

TO ATTEND THE FOLLOWING PROCEEDING:

___ Final Pretrial Conference              ___ Motion Hearing:

___ Jury Selection and Trial                 ___ Show Cause Hearing

___ Sentencing                                 _X_ Status Conference
                                                   Continued from May 30, 2000.

___ Revocation Hearing                   ___ Other:

## BY ORDER OF THE COURT
Michael N. Milby, Clerk of Court
By Deputy: __Judith F. Alvarez__          Date: __June 5, 2000__