UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JUL 03 2000

Michael N. Milby, Clerk

EDDIE R. WOLFFORD §
§
V. §
§ CIVIL ACTION NO. C-00-108
§
PROFESSIONAL EMPLOYEE STAFF §
SERVICES, A PARTNERSHIP, GALLA §
A. McGUILL, ALMA C. MORENO AND §
PAN AMERICAN LIFE INSURANCE CO. §

**DEFENDANT, PAN AMERICAN LIFE INSURANCE CO.'S**
**MOTION FOR INVOLUNTARY DISMISSAL**

Defendant, Pan American Life Insurance Co., ("Pan American") moves the court to involuntarily dismiss Plaintiff's suit pursuant to FED. R. CIV. P. 41(b).

1. Plaintiff, Eddie R. Wolfford ("Wolfford") sued his employer, Professional Employee Staff Services ("PESS"), and its individual partners in state court for breach of contract in allegedly failing to comply with the provisions of an employee welfare benefit plan under which Wolfford was to receive medical expenses and disability payments. The plan was funded by a reimbursement agreement with Pan American.

2. Wolfford amended his state court petition to sue Pan American for breach of the reimbursement agreement between Pan American and PESS.

3. Pan American filed its general denial answer in response to the state court suit. Pan American then removed the state court action to federal district court, since the reimbursement agreement is part of an employee welfare benefit plan, which is governed by ERISA. Pan American subsequently filed with leave its amended answer asserting, as

affirmative defense, ERISA preemption, lack of standing to sue Pan American directly, failure of consideration, discharge in bankruptcy, and termination of benefits.

4. On 16 May 2000 at the initial pretrial conference, the court considered among other things the motion for withdrawal of Wolfford's counsel of record. The court granted the motion and in addition entered an order requiring Wolfford to retain counsel or enter a pro se appearance by 16 June 2000. To date, Wolfford has not done either.

5. The court may dismiss Wolfford's action involuntarily for Wolfford's failure to prosecute his action or to comply with an order of this court. FED. R. CIV. P. 41(b). The court should involuntarily dismiss Wolfford's suit since Wolfford has not complied with the court's order and Wolfford has failed to prosecute his action by timely entering an appearance.

6. In the alternative, the court should give Wolfford notice of the court's intention to dismiss the action at the status conference scheduled for 20 July 2000.

7. Pan American, therefore, requests the court grant this motion and enter an order dismissing Wolfford's suit.

8. Pan American's counsel has attempted to confer with Wolfford and the parties cannot agree about the disposition of this motion.

2

Respectfully submitted,

**DUNN & WEATHERED, P.C.**
611 S. Upper Broadway
Corpus Christi, Texas 78401
(512) 883-1594 [FAX 883-1599]

BY: _____
L. Nelson Hall, Attorney-in-Charge
State Bar No. 08785800
Frank Weathered, Of Counsel
State Bar No. 20998600
**COUNSEL FOR PAN AMERICAN
LIFE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing has been served on all known counsel of record in the manner indicated on this date of 30 June 2000.

_____
L. Nelson Hall

**VIA FIRST CLASS MAIL**
Mr. Eddie R. Wolfford
612 West Linden
Arkansas City, Kansas 67005

**VIA FIRST CLASS MAIL**
Mr. W. J. Nutto
ATTORNEY AT LAW
P.O. Box 1291
Corpus Christi, Texas 78403

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| EDDIE R. WOLFFORD § <br> § <br> V. § <br> § <br> PROFESSIONAL EMPLOYEE STAFF § <br> SERVICES, A PARTNERSHIP, GALLA § <br> A. McGUILL, ALMA C. MORENO AND § <br> PAN AMERICAN LIFE INSURANCE CO. § | CIVIL ACTION NO. C-00-108 |

### ORDER ON DEFENDANT'S MOTION FOR INVOLUNTARY DISMISSAL

The court grants Pan American Life Insurance Company's motion for involuntary dismissal of Plaintiff's action in the alternative.

The court gives notice of its intention to dismiss Plaintiff's case with/without prejudice at the status conference scheduled for 20 July 2000.

ORDERED this _____ day of _____, 2000.

_____
UNITED STATES DISTRICT JUDGE

ClibPDF - www.fastio.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| EDDIE R. WOLFFORD | § | |
| | § | |
| V. | § | |
| | § | CIVIL ACTION NO. C-00-108 |
| PROFESSIONAL EMPLOYEE STAFF | § | |
| SERVICES, A PARTNERSHIP, GALLA | § | |
| A. McGUILL, ALMA C. MORENO AND | § | |
| PAN AMERICAN LIFE INSURANCE CO. | § | |

## ORDER ON DEFENDANT'S MOTION FOR INVOLUNTARY DISMISSAL

The court grants Pan American Life Insurance Company's motion for involuntary dismissal of Plaintiff's action.

The court dismisses Plaintiff's case with/without prejudice.

ORDERED this _____ day of _____, 2000.

_____
UNITED STATES DISTRICT JUDGE