UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JUL 10 2000

Michael N. Milby, Clerk

| | |
|---|---|
| EDDIE R. WOLFFORD § | |
| § | |
| V. § | |
| § | CIVIL ACTION NO. C-00-108 |
| PROFESSIONAL EMPLOYEE STAFF § | |
| SERVICES, A PARTNERSHIP, GALLA § | |
| A. McGUILL, ALMA C. MORENO AND § | |
| PAN AMERICAN LIFE INSURANCE CO. § | |

### DEFENDANT, PAN AMERICAN LIFE INSURANCE CO.'S (UNOPPOSED) SUPPLEMENTAL MOTION FOR INVOLUNTARY DISMISSAL

Defendant, Pan American Life Insurance Co., ("Pan American") supplementally moves the court to involuntarily dismiss Plaintiff's suit pursuant to FED. R. CIV. P. 41(b).

1. Pan American's counsel subsequently has received a telephone call from Eddie Wolfford, from which conversation Pan American's counsel understands that Mr. Wolfford after consultation with other counsel no longer desires to pursue this action and that Mr. Wolfford does not oppose the granting of this motion to involuntarily dismiss.

20.

Respectfully submitted,

**DUNN & WEATHERED, P.C.**
611 S. Upper Broadway
Corpus Christi, Texas 78401
(512) 883-1594 [FAX 883-1599]

BY: _____
L. Nelson Hall, Attorney-in-Charge
State Bar No. 08785800
Frank Weathered, Of Counsel
State Bar No. 20998600
**COUNSEL FOR PAN AMERICAN LIFE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing has been served on all known counsel of record in the manner indicated on this date of 7 July 2000.

_____
L. Nelson Hall

**VIA FIRST CLASS MAIL**
Mr. Eddie R. Wolfford
612 West Linden
Arkansas City, Kansas 67005

**VIA FIRST CLASS MAIL**
Mr. W. J. Nutto
ATTORNEY AT LAW
P.O. Box 1291
Corpus Christi, Texas 78403

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| EDDIE R. WOLFFORD § § | |
| V. § § | CIVIL ACTION NO. C-00-108 |
| PROFESSIONAL EMPLOYEE STAFF § SERVICES, A PARTNERSHIP, GALLA § A. McGUILL, ALMA C. MORENO AND § PAN AMERICAN LIFE INSURANCE CO. § | |

**ORDER ON DEFENDANT'S (UNOPPOSED) SUPPLEMENTAL
<u>MOTION FOR INVOLUNTARY DISMISSAL</u>**

The court grants Pan American Life Insurance Company's unopposed supplemental motion for involuntary dismissal of Plaintiff's action.

The court dismisses Plaintiff's case without prejudice.

ORDERED this _____ day of _____, 2000.

_____
UNITED STATES DISTRICT JUDGE