UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 2 0 2000

Michael N. Milby, Clerk of Court

21.

| | |
|---|---|
| EDDIE R. WOLFFORD | § |
| | § |
| V. | § |
| | § CIVIL ACTION NO. C-00-108 |
| PROFESSIONAL EMPLOYEE STAFF | § |
| SERVICES, A PARTNERSHIP, GALLA | § |
| A. McGUILL, ALMA C. MORENO AND | § |
| PAN AMERICAN LIFE INSURANCE CO. | § |

**ORDER ON DEFENDANT'S (UNOPPOSED) SUPPLEMENTAL
MOTION FOR INVOLUNTARY DISMISSAL**

The court grants Pan American Life Insurance Company's unopposed supplemental motion for involuntary dismissal of Plaintiff's action.

The court dismisses Plaintiff's case without prejudice.

ORDERED this ___19___ day of ___July___, 2000.

_____
UNITED STATES DISTRICT JUDGE