UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

**JUL 1 9 2000**

Michael N. Milby
Clerk of Court

EDDIE R. WOLFFORD                    )
                                     )
                                     )
                                     )
VS                                   )        CA-C-00-108
                                     )
                                     )
                                     )
PROFESSIONAL EMPLOYEE STAFF          )
SERVICES, ET AL

DOCKET ENTRY

This clerk has called Plaintiff Eddie Wolfford on July 19, 2000 to confirm the representation made by the Defendant that Plaintiff does not oppose Defendant's Motion for Involuntary Dismissal. Mr. Wolfford has stated to this clerk that he has "no problems" with the dismissal of the case.

MICHAEL N. MILBY, CLERK
U. S. DISTRICT CLERK

By: __Judith F. Alvarez__
        Deputy Clerk

__July 19, 2000__
Date